**Michelle DALLIN, as personal representative of the Estate of Donald Young, deceased, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5036.

United States Court of Appeals, Federal Circuit.

March 9, 2005.

*ORDER*

Upon consideration of the unopposed motion of Michelle Dallin to voluntarily dismiss her appeal (COFC No. 00–CV–767),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.